## MONTHLY OPERATING REPORT

Debtor's Name  Scott Jasper

Case No. 25-70481

Month  October     Year  2025

Gross receipts for month:     2,841.00

(If more than one source, list each)

TOTAL GROSS RECEIPTS:  $ 2,841

Business expenses paid:

| Description | Amount |
| --- | --- |
| gas | 273.23 |
| Material | 226.89 |
| Insurance | 281.83 |

TOTAL EXPENSES:  $ 2962.48

NET PROFIT OR (LOSS) FOR MONTH:  $ -121.48

USE ADDITIONAL SHEETS IF NEEDED

## MONTHLY OPERATING REPORT

Debtor's Name  Scott Jasper

Case No.  25-70481

Month  ~~October~~ September      Year 2025

Gross receipts for month:  $5,459.97

(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 5,459.97

Business expenses paid:

| Description | Amount |
|---|---|
| gas | 262.14 |
| insurance | 280.00 |
| Material | 602.06 |
| employees | 2,172.08 |

TOTAL EXPENSES: $ 3,316.28

NET PROFIT OR (LOSS) FOR MONTH: $ 2,143.69

USE ADDITIONAL SHEETS IF NEEDED