**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Jasper, Scott L. dba Jasper Home Improvements<br>Debtor(s)<br><br>Lakeview Loan Servicing, LLC<br><br>Movant<br>VS.<br><br>Jasper, Scott L. dba Jasper Home Improvements<br><br>And<br>Bethany D. Jasper<br>Co-Debtor<br><br>Respondents | NO. 25-70481 JAD<br><br>Chapter 13<br><br>Related to Docs: 30<br><br>Doc. #35 |

**ORDER**

Upon consideration of the Motion filed by Lakeview Loan Servicing, LLC, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for September 01, 2026, at 10:00 AM, is hereby continued to **September 29, 2026 at 10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh PA 15219. Parties may also appear by Zoom. Please refer to Judge Deller's procedures for remote participation.

By the Court,

sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
8/28/26 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 25-70481-JAD
Scott L. Jasper Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7 User: auto Page 1 of 1
Date Rcvd: Aug 28, 2026 Form ID: pdf900 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott L. Jasper, 53 Moe Valley Road, Houtzdale, PA 16651-9445 |
| intp | + | Bethany D. Jasper, 39 Lawton St, Madera, PA 16661-9243 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kenneth P. Seitz | on behalf of Debtor Scott L. Jasper thedebterasers@aol.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4